**DENY; and Opinion Filed August 5, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00779-CV

## IN RE UNIVERSAL HEALTH SERVICES, INC, UHS OF DELAWARE, INC., HICKORY TRAIL HOSPITAL, L.P., Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04290**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Before the Court is relators' petition for writ of mandamus in which they contend the trial court abused its discretion by reconsidering and vacating an order striking the plaintiffs' expert witness and by purportedly not enforcing a Rule 11 agreement concerning expert designation deadlines. Relators seek a writ of mandamus directing the trial court to reinstate its order striking the expert. Alternatively, relators seek a writ of mandamus ordering the trial court to vacate a prior order granting the plaintiffs leave to designate the expert.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. Accordingly, we deny

relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Bill Pedersen, III/

BILL PEDERSEN, III
JUSTICE

190779F.P05